## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| GREGORY SCOTT GALATIAN, | § § | |
| Plaintiff, | § § | |
| vs. | § § | CASE NO. CIV-20-229-SLP |
| CORECIVIC OF TENNESSEE, LLC, | § § | |
| Defendant. | § § § | |

### DEFENDANT'S MOTION FOR RELIEF FROM LOCAL COUNSEL REQUIREMENT AND BRIEF IN SUPPORT THEREOF

Pursuant to LCvR 83.3(c), Defendant CoreCivic of Tennessee, LLC ("Defendant") and its non-resident counsel move the Court for relief from the local counsel requirement of LCvR 83.3. For the reasons set forth in the brief below, Defendant's counsel respectfully requests that the Court enter an order allowing its non-resident counsel to appear without local counsel.

### I. Analysis

LCvR 83.3(a) requires "any attorney who is not a resident of, and does not maintain an office in, Oklahoma" to "show association with an attorney who is personally appearing in the action and who is a resident of the state and maintains a law office within the state of Oklahoma, and who has been duly and regularly admitted to practice in this court." Subsection (c) allows the court, within its discretion, to grant relief from the rule "upon motion establishing financial hardship, special qualifications of non-

resident counsel, or other good cause, provided that out-of-state counsel certifies familiarity with the local civil court rules." LCvR 83.3(c).

Jonathan G. Rector lived and worked in Oklahoma from August 2008 to October 2013 and he has been licensed to practice law in the State of Oklahoma since passing the Oklahoma bar examination in 2011. He was duly admitted to practice in this Court on November 15, 2011. As an attorney of Crowe & Dunlevy, he appeared without the aid of local counsel in this Court, as well as in the Northern and Eastern Districts of Oklahoma, in more than forty cases. Mr. Rector has handled several cases in this Court and other federal district courts in Oklahoma without the assistance of local counsel.[1]

Jessica L. Craft lived and worked in Oklahoma from May 2009 to November 2016 and she has been licensed to practice law in the State of Oklahoma since passing the Oklahoma bar examination in 2012. She was duly admitted to practice in this Court on November 7, 2012. As an attorney of Holden & Carr (n/k/a Holden Litigation), she appeared without the aid of local counsel in this Court, as well as in the Northern and Eastern Districts of Oklahoma, in more than forty cases. Ms. Craft has handled several cases in this Court and other federal district courts in Oklahoma without the assistance of local counsel.

Although Defendant's counsel's firm does not maintain an office in the State of Oklahoma, Mr. Rector's office is located in Dallas, Texas, approximately 200 miles from

---

[1] In all of those cases, the Court has provided relief from the local counsel requirement, including in *Drake v. American's Powersports, Inc., et al.*, Case No. 5:18-cv-00804-F, *Ziembovic v. GEO Group, Inc.*, Case No. 5:15-cv-01368-R, and *Bradshaw v. Uber Technologies, Inc., et al.*, Case No. 5:16-cv-00388-R.

Oklahoma City and less than one hour away from Oklahoma City by plane. Mr. Rector's office is therefore as close to Oklahoma City as some remote Oklahoma cities and towns, and he would be able to be in Oklahoma City upon short notice if necessary. Additionally, Ms. Craft's office is located in Houston, Texas, approximately one and one-half hours away from Oklahoma City by plane. Ms. Craft's office is therefore also nearly as close to Oklahoma City as some remote Oklahoma cities and towns, and she would be able to be in Oklahoma City upon short notice if necessary. Given its counsel's special qualifications, for good cause shown, Defendant would respectfully ask that its counsel be permitted to appear without local counsel.

Finally, Defendant's counsel certifies that they have read and are familiar with the Local Civil Rules of the United States District Court for the Western District of Oklahoma.

## II. Conclusion

For the reasons set forth herein, Defendant respectfully requests that the Court enter an Order granting Defendant's counsel relief from the local counsel requirement of Local Civil Rule 83.3 and allowing its non-resident counsel, Jonathan G. Rector and Jessica L. Craft, to appear without local counsel.

Dated:  April 7, 2020

Respectfully submitted,

*/s/ Jonathan G. Rector*
Jonathan G. Rector
OBA No. 30691

LITTLER  MENDELSON,  P.C.
A Professional Corporation
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201.2931
214.880.8100
214.880.0181 (Fax)
jrector@littler.com

And

Jessica L. Craft
OBA No. 31126

LITTLER  MENDELSON,  P.C.
A Professional Corporation
1301 McKinney Street, Suite 1900
Houston, TX  77010
713.951.9400
713.951.9212 (Fax)
jcraft@littler.com

ATTORNEYS  FOR DEFENDANT
CORECIVIC  OF TENNESSEE,  LLC

## CERTIFICATE  OF SERVICE

I hereby certify that on April 7, 2020, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

/s/ *Jonathan G. Rector*
Jonathan  G. Rector

4826-7424-1464.1 098405.1002

DEFENDANT'S MOTION FOR RELIEF FROM LOCAL COUNSEL REQUIREMENT – PAGE 4