## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **GREGORY SCOTT GALATIAN,** | § § § | |
| **Plaintiff,** | § § | |
| vs. | § § | **CASE NO. CIV-20-229-SLP** |
| **CORECIVIC OF TENNESSEE, LLC,** | § § § | |
| **Defendant.** | § § | |

### ORDER GRANTING PLAINTIFF'S
### MOTION FOR RELIEF FROM LOCAL COUNSEL REQUIREMENT

Before this Court is Defendant's Motion For Relief From Local Counsel Requirement. After considering all relevant pleadings and evidence in this matter, the Court is of the opinion that the Motion should be granted.

The Court hereby GRANTS the Motion for relief from the local counsel requirement of LCvR 83.3 and allows Defendant's non-resident counsel Jonathan G. Rector and Jessica L. Craft to appear without local counsel.

IT IS SO ORDERED this 7th day of April, 2020.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE