## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

GREGORY SCOTT GALATIAN, on behalf of himself and others similarly situated,

    Plaintiff,

    v.

CORECIVIC OF TENNESSEE, LLC,

    Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:

Docket No.  5:20-cv-00229-SLP

### ORDER

Before this Court are the Motions for Admission Pro Hac Vice of Robert W. Pitchard and Christian A. Angotti [Doc Nos. 18 & 19].  The Motions are GRANTED. Robert W. Pritchard and Christian An Angotti are admitted to practice before this Court for the limited purpose of participating in this case on behalf of Defendant CoreCivic of Tennessee, LLC., provided that counsel submit ECF Registration Forms and each file an Entry of Appearance, consistent with LCvR 83.4.

IT IS SO ORDERED this 13th day of April, 2020.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE