**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

GREGORY SCOTT GALATIAN,     )
   on behalf of himself and     )
   others similarly situated,     )
     )
     Plaintiff,     )
     )
v.     )     Case No. CIV-20-229-SLP
     )
CORECIVIC OF TENNESSEE, LLC,     )
     )
     Defendant.     )

## O R D E R

Before the Court is the parties' Joint Motion for a Stay of Court Deadlines and Proceedings [Doc. No. 29]. Although styled as a stay request, the parties actually seek 14-day extensions of all pending deadlines. Having considered the posture of this case and the assertions made by the parties, the Court finds that such a 14-day extension of time should be granted.

IT IS THEREFORE ORDERED that the parties' Joint Motion for a Stay of Court Deadlines and Proceedings [Doc. No. 29] is GRANTED to the extent stated herein and the parties' respective deadlines (including all time periods pending as of the filing of the parties' motion on May 1, 2020) are extended by 14 days.[1]

---

[1] This extension of time does not apply to the deadlines included in the Court's Order for Status/Scheduling Conference [Doc. No. 28]. The Court may continue or strike the deadlines therein upon receipt of any future filings by the parties, but it does not do so now.

IT IS SO ORDERED this 4th day of May, 2020.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE